## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Case No.**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.

1.    **DAVID SANDOVAL,**

       **Defendant.**

---

**INFORMATION**
**16 U.S.C. § 551**
**36 C.F.R. § 261.10(l)**
**36 C.F.R. § 261.54(d), C.R.S. 42-2-138(1)(d)(l)**

---

The United States Attorney for the District of Colorado hereby charges that:

**COUNT ONE**

On or about August 28, 2016, in the State and District of Colorado, and within the

Uncompahgre National Forest, the defendant,

**DAVID SANDOVAL,**

failed to comply with the terms and conditions of the firewood permit.

All in violation of Title 36, Code of Federal Regulations, Section 261.10(l).

## **COUNT TWO**

On or about August 28, 2016, in the State and District of Colorado, and within the

Uncompahgre National Forest, the defendant,

### **DAVID SANDOVAL,**

did operate a motor vehicle with knowledge his license and privilege to drive was under

restraint solely or partially because of three alcohol-related driving offenses.

All in violation of Title 36, Code of Federal Regulations, Section 261.54(d),

Regional Order #R2-2016-01, and Colorado Revised Statute 42-2-138(1)(d)(I).


Dated this 14th day of February, 2017.



Respectfully submitted,

ROBERT C. TROYER
Acting United Stated Attorney


By:     *s/ Pete Hautzinger*
        PETE HAUTZINGER
        Assistant United States Attorney
        205 N. 4th Street, Suite 400
        Grand Junction, CO  81501
        Phone:  970-241-3843
        Fax:  970-248-3630
        Email:  peter.hautzinger@usdoj.gov
        Attorney for United States

DEFENDANT: David Sandoval

YOB: 1960

ADDRESS (City/State): Montrose, CO

OFFENSE: **Count One:**
Failure to validate wood permit
36 C.F.R. § 261.10(I)

**Count Two:**
Driving while license revoked
36 C.F.R. § 261.54(d), C.R.S.§ 42-2-138(1)(d)(I)

LOCATION OF OFFENSE: Montrose County

PENALTY: **Counts One through Two:**
Class B Misdemeanor Penalty: NMT 6 months imprisonment, NMT
$5000.00 fine, or both; $10.00 Special Assessment Fee

AGENT: LEO Michael Fuller, NFS

AUTHORIZED BY: Pete Hautzinger
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___X___ five days or less

THE GOVERNMENT

___X___ will not seek pretrial detention in this case

The statutory presumption of pretrial detention **is not** applicable to this defendant.

OCDETF CASE: No