AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA
v.
David Sandoval

**Judgment in a Criminal Case**
(For a Petty Offense) — Short Form

Case No.  17-po-4-GPG

USM No.  NA

Daniel Shaffer
_Defendant's Attorney_

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    Count 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 261.10(l) | Failure to Comply w Terms/Condition of Wood Permit | 08/28/2016 | 1 |

☑ Count(s)  2 (Driving Under Restraint)   ☑ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 120.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  9182

Defendant's Year of Birth:  1960

City and State of Defendant's Residence:
Montrose Colorado

03/20/2017
_Date of Imposition of Judgment_

_/s/_
_Signature of Judge_

US Magistrate Judge       Gordon P Gallagher
_Name and Title of Judge_

05/15/2017   nunc pro tunc to 3/20/17
_Date_